Lori N. Brown (SBN: 8858)
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (602) 794-3651
Facsimile: (602) 265-4716
lbrown@grsm.com
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Maria Ramirez, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>Del Taco LLC dba Del Taco, a California limited liability company; 3 Brothers Restaurants – Nevada LLC dba Del Taco, a Nevada limited liability company,<br><br>                    Defendants. | CASE NO.  2:25-cv-00769<br><br>**STIPULATION AND REQUEST TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION TO COMPEL** |

Plaintiff Maria Ramirez and Defendant Del Taco LLC dba Del Taco, by and through their undersigned counsel, hereby stipulate and request that the deadline for Defendant's reply in support of Defendant's Motion to Compel Arbitration and Dismiss [31] be extended.

The deadline to reply in support of the Motion is currently November 12, 2025. The parties stipulate that Defendant has until November 19, 2025 to file its reply.

**Dated** this 11th day of November, 2025.

                              **GORDON REES SCULLY MANSUKHANI, LLP**

                              By: */s/Lori N. Brown*
                                   Lori N. Brown
                                   *Attorney for Defendant*

-1-

**GREENBERG GROSS LLP**

By: */s/ Marian L. Massey w/Permission*
Marian L. Massey
*Attorney for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that Defendant has until November 19, 2025, to file its Reply to the Motion to Compel Arbitration.

Dated this ‎_12_ day of November, 2025.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing thereby transmitting a notice of electronic filing to all counsel and parties of record.

*/s/ Natosha Ash*